Before STATE INDUSTRIAL BOARD, Respondent. LOUISE LEDERMAN, Respond-

ent, v. HALL & McCHESNEY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board. .